## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   17-cr-0486-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  BLAKE AARON NEWTON,

    Defendant.

_____

## INDICTMENT
18 U.S.C. § 1951(a)
**Interference with Commerce by Threats or Violence**

18 U.S.C. § 924(c)(1)(A)(ii)
**Possessing a Firearm during and in Relation to a Crime of Violence**

18 U.S.C. § 922(g)(1)
**Felon in Possession of a Firearm**

_____

The Grand Jury charges:

<u>Count One</u>
18 U.S.C. § 1951(a)

That at all times material to this Indictment, Bradley Sinclair gas station was engaged in the commercial sale of gasoline and other products, in interstate commerce and an industry which affects interstate commerce.

That on November 8, 2017, in the District of Colorado, and elsewhere, defendant, Blake Aaron Newton, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant Blake Aaron Newton did unlawfully take and obtain property, to wit: U.S. currency and merchandise, from the person of, and in the presence of, a person whose initials are H.H. and others, money and other things of value belonging to and in the care, custody, control, management and possession of the Bradley Sinclair gas station located in Denver, Colorado, against her will by means of actual and threatened force, violence, and fear of injury; in violation of Title 18, United States Code, Section 1951.

Count Two
18 U.S.C. § 924(c)(1)(A)(ii)

On or about November 8, 2017, in the State and District of Colorado, the defendant, BLAKE AARON NEWTON, did knowingly use, carry, possess and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely robbery of a business involved in interstate commerce as charged in Count One, and did possess a firearm in furtherance of that same offense; in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

Count Three
18 U.S.C. § 922(g)(1)

On or about November 8, 2017, in the State and District of Colorado, the defendant, BLAKE AARON NEWTON, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

Forfeiture Allegation

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violation alleged in Count One of the Indictment involving commission of Title 18, United States Code, Section 1951(a), defendant BLAKE AARON NEWTON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c) any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of such offense, including, but not limited to:   a money judgment in the amount of proceeds obtained by the defendant.

A TRUE BILL

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

ROBERT C. TROYER
United States Attorney

<u>s/ Kurt J. Bohn</u>
KURT J. BOHN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: kurt.bohn@usdoj.gov